Kimberly J. CARTER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 52213.

Missouri Court of Appeals, Western District.

July 9, 1996.

Ellen H. Flottman, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kurt U. Schaefer, Asst. Atty. Gen., Jefferson City, for Respondent.

**880** ■ ▬▬▬▬▬▬▬▬▬▬▬▬▬

Before FENNER, C.J., P.J., and HANNA and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Appeal from the denial, without evidentiary hearing, of Rule 24.035 motion for post-conviction relief as untimely.

Judgment affirmed. Rule 84.16(b).